## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SLEP-TONE ENTERTAINMENT
CORPORATION,

     Plaintiff,

v.                                     Case No: 8:12-cv-1442-T-30EAJ

JACK JEFFREY HALL,

     Defendant.

_____

### ORDER

     The Court has been advised via a Mediation Report (Dkt. #22) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

     **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

     **DONE** and **ORDERED** in Tampa, Florida, this 24th day of January, 2014.

                     _____
                     JAMES S. MOODY, JR.
                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1442 dismiss 22.docx